**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**U.S. Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action:** 10-cv-02337-PAB-CBS | **FTR** - Reporter Deck-Courtroom A402 |
| **Date:** December 7, 2010 | **Courtroom Deputy:** Linda Kahoe |

MARAL OTABACHIAN,                                           Derry Dale Sadler

     Plaintiff,

v.

GAMBEL OAKS ESQUESTRIAN CENTER, INC.,       Marc Christian Patoile
*et al.,*

     Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:        9:11 a.m.**
Court calls case. Appearances of counsel. *Also present is Defendant Linda Hitt.*

Discussion regarding Unopposed Motion to Dismiss, doc #[12], filed 12/7/2010.

The court suggests that Plaintiff withdraw this Unopposed Motion to Dismiss, and file a Joint Stipulated Motion to Dismiss.

Mr. Sadler makes an oral motion to withdraw the Unopposed Motion to Dismiss, #[12].

**ORDERED:**   Plaintiff's oral motion to withdraw the Unopposed Motion to Dismiss is **GRANTED**. The Unopposed Motion to Dismiss, doc #[12] is hereby **WITHDRAWN.** The parties may file a Stipulated Motion to Dismiss by **5:00 p.m. TODAY**.

Mr. Patoile states the Stipulated Motion to Dismiss will be filed with prejudice.

HEARING CONCLUDED.
**Court in recess:        9:16 a.m.**
Total time in court:     00:05

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.